Theodore F. Jackson and others, Executors,

55h 605
Case 26
66 AD 372

## First Department, December Term, 1889.

Respondents, v. Peter Kinsey, Executor, and others, Appellants.— Judgment and order affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.